AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McAllen Division

UNITED STATES OF AMERICA

V.

**Jorge Alejandro VASQUEZ-VALENCIA**
YOB: 1986  AKA: Joseph Alexander Machado
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: 7:19-po- 332

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 31, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

knowingly, willfully and in violation of law, attempted to gain illegal entry or obtains illegal entry into the United States by willful concealment of a material fact,

in violation of Title **8** United States Code, Section(s) **1325(a) ( 3 )**
I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Hidalgo Port of Entry by claiming he was a United States citizen. As proof he presented a McAllen, Texas birth certificate and California State identification card bearing the name of another person. He was referred into secondary for further inspection. The defendant admitted to his true identity and place of birth as being Reynosa, Tamaulipas, Mexico. The defendant is a citizen of Mexico and has no legal status in the United States.

*I declare under penalty of perjury that the statements in this complaint are true and correct.*
Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/s/ Nidia Treviño   CBP Enforcement Officer

Sworn to before me and subscribed in my presence,   Signature of Complainant

November 1, 2019   at   McAllen, Texas
Date   City and State
**Juan F. Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer   Signature of Judicial Officer